FILED

JUN 15 2017

Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 13–01–M–DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| RUSSELL LEROY MILLER, | |
| Defendant. | |

Defendant Russell Leroy Miller's Motion for Early Termination of Probation is now before the Court. (Doc. 47.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and the parties' arguments, the Court is not satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3564(c).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 47) is DENIED.

Dated this 15th day of June, 2017.

Donald W. Molloy, District Judge
United States District Court